1

Trevor R. Waite, Nevada Bar No. 13779
**FABIAN VANCOTT**

2

411 E. Bonneville Ave., Suite 400
Las Vegas, NV 89101

3

Phone: (702) 233-4444

4

Fax: (877) 898-1168
twaite@fabianvancott.com

5

Attorneys for Defendant,
*Collecto Inc. dba EOS CCA*

6

7

## UNITED STATES DISTRICT COURT

8

## DISTRICT OF NEVADA

9

YESSICA C. SALAZAR,

Case No.  2:21-cv-01268-JCM-VCF

10

Plaintiffs,

**STIPULATION TO EXTEND TIME TO RESPOND TO INITIAL COMPLAINT**

11

12

vs.

13

COLLECTO, INC., d/b/a EOS CCA,

Complaint served: July 20, 2021
Current response date: August 10, 2021

14

Defendant.

New response date: August 31, 2021

15

16

IT IS HEREBY STIPULATED BY AND BETWEEN Plaintiff YESSICA C. SALAZAR,

17

("Plaintiff") and Defendant *Collecto Inc. dba EOS CCA* ("Defendant") (Plaintiff and Defendant

18

are hereinafter collectively referred to as the "Parties"), by and through their counsel of record as

19

follows:

20

WHEREAS, Plaintiff filed the Complaint on July 2, 2021 in the United States District

Court District of Nevada;

21

WHEREAS, the Complaint was served on Defendant on July 20, 2021, thereby making the

22

original responsive pleading due date August 10, 2021;

23

WHEREAS, Defendant recently retained counsel and defense counsel needs additional

24

time to prepare the response to the Complaint;

25

WHEREAS, this is the first request for an extension of time;

WHEREAS, the extension of time does not extend the time to respond by more than 28

26

days, and

27

WHEREAS, no party claims prejudice as a result of the extension of time.

28

{00156358;1}

WHEREFORE, the Parties stipulate and agree that Defendant shall have an extension of time up to and including August 31, 2021, within which to respond to Plaintiff's Complaint. This stipulation may be filed without approval of the Court in accordance with Local Rule IA 6-1.

Dated: August 13, 2021                    **KIND LAW**


                                          s/ Michael Kind
                                          Michael Kind, Esq.
                                          Attorneys for Plaintiff,
                                          YESSICA C. SALAZAR


                                          **ALVERSON, TAYLOR, & SANDERS**


Dated: August 13, 2021                    s/ Trevor R. Waite
                                          Trevor R. Waite
                                          Attorneys for Defendant
                                          *Collecto Inc. dba EOS CCA*


**IT IS SO ORDERED:**


DATED: August 16, 2021


                                          _____
                                          UNITED STATES MAGISTRATE JUDGE

{00156358;1}                              - 2 -