George Haines, Esq.
Nevada Bar No.: 9411
Gerardo Avalos, Esq.
Nevada Bar No.: 15171
**FREEDOM LAW FIRM**
8985 S. Eastern Ave., Suite 350
Las Vegas, Nevada 89123
(702) 880-5554
(702) 385-5518 (fax)
Ghaines@freedomlegalteam.com
*Counsel for Plaintiff Yessica C. Salazar*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| Yessica C. Salazar,<br><br>                    Plaintiff(s),<br>     v.<br><br>Collecto, Inc.,<br><br>                    Defendant(s). | Case No.: 2:21-cv-01268-JCM-VCF<br><br>**Notice of settlement between Plaintiff and Collecto, Inc. d/b/a EOS CCA** |

The dispute between Yessica C. Salazar ("Plaintiff") and Collecto, Inc. d/b/a EOS CCA ("Defendant") has been resolved. Plaintiff anticipates filing dismissal documents as to Plaintiff's claims against Defendant within 60 days.

Dated: December 1, 2021.

                                                     **F**REEDOM **L**AW **F**IRM

                                                   /s/ George Haines
                                                   George Haines, Esq.
                                                   Gerardo Avalos, Esq.
                                                   8985 S. Eastern Ave., Suite 350
                                                   Las Vegas, Nevada 89123
                                                   *Attorney for Plaintiff Yessica C. Salazar*

NOTICE                                             - 1 -