George Haines, Esq.
Nevada Bar No.: 9411
Gerardo Avalos, Esq.
Nevada Bar No.: 15171
**FREEDOM LAW FIRM**
8985 S. Eastern Ave., Suite 350
Las Vegas, Nevada 89123
(702) 880-5554
(702) 385-5518 (fax)
Ghaines@freedomlegalteam.com
*Attorneys for Plaintiff Yessica C. Salazar*

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| Yessica C. Salazar, | Case No.: 2:21-cv-01268-JCM-VCF |
| Plaintiff(s,) | **Stipulation of dismissal of Collecto, Inc. d/b/a EOS CCA with prejudice** |
| v. | |
| Collecto, Inc., | |
| Defendant(s.) | |

Pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, Yessica C. Salazar and Collecto, Inc. d/b/a EOS CCA stipulate to dismiss Plaintiff's claims against Collecto, Inc. d/b/a EOS CCA with prejudice.

///

///

///

STIPULATION                                                             - 1 -

Each party will bear its own costs, disbursements, and attorney fees.

Dated: January 10, 2022.

**FREEDOM LAW FIRM**

/s/ George Haines
George Haines, Esq.
Gerardo Avalos, Esq.
8985 S. Eastern Ave., Suite 350
Las Vegas, Nevada 89123
*Counsel for Plaintiff Yessica C. Salazar*

**Alverson Taylor & Sanders**

/s/ Trevor Waite
Trevor Waite, Esq.
Alverson Taylor & Sanders
6605 Grand Montecito Parkway, Suite 200
Las Vegas, NV 89149
*Counsel for Collecto, Inc. d/b/a EOS CCA*

IT IS SO ORDERED:

_____
UNITES STATES DISTRICT JUDGE

DATED:_____

STIPULATION                                          - 2 -