1 | George Haines, Esq.
2 | Nevada Bar No.: 9411
   | Gerardo Avalos, Esq.
3 | Nevada Bar No.: 15171
4 | **FREEDOM LAW FIRM**
5 | 8985 S. Eastern Ave., Suite 350
   | Las Vegas, Nevada 89123
6 | (702) 880-5554
7 | (702) 385-5518 (fax)
8 | Ghaines@freedomlegalteam.com
   | *Attorneys for Plaintiff Yessica C. Salazar*
9

10

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| Yessica C. Salazar, | Case No.: 2:21-cv-01268-JCM-VCF |
|---|---|
| Plaintiff(s,) | **Stipulation of dismissal of Collecto, Inc. d/b/a EOS CCA with prejudice** |
| v. | |
| Collecto, Inc., | |
| Defendant(s.) | |

Pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, Yessica C. Salazar and Collecto, Inc. d/b/a EOS CCA stipulate to dismiss Plaintiff's claims against Collecto, Inc. d/b/a EOS CCA with prejudice.

///

///

///

STIPULATION                                 - 1 -

1         Each party will bear its own costs, disbursements, and attorney fees.

2

3         Dated: January 10, 2022.

4

**FREEDOM LAW FIRM**

5

6     /s/ George Haines
George Haines, Esq.

7    Gerardo Avalos, Esq.

8    8985 S. Eastern Ave., Suite 350
Las Vegas, Nevada 89123

9    *Counsel for Plaintiff Yessica C. Salazar*

10

**Alverson Taylor & Sanders**

11

12   /s/ Trevor Waite
Trevor Waite, Esq.

13   Alverson Taylor & Sanders

14   6605 Grand Montecito Parkway, Suite 200
Las Vegas, NV 89149

15   *Counsel for Collecto, Inc. d/b/a EOS CCA*

16

17             IT IS SO ORDERED:

18

19             _____
UNITES STATES DISTRICT JUDGE

20

21                      January 25, 2022
          DATED:_____

22

23

24

25

26

27

_____

STIPULATION              - 2 -